NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

## IN RE RICHARD A. HAASE

---

2012-1690

(Serial No. 10/413,849)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Richard Alan Haase moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT
/s/ Jan Horbaly
Jan Horbaly
Clerk

s24